IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| VENISSA R. SADDLER, | ) | |
| on behalf of herself and | ) | |
| all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-2232 |
| | ) | |
| MEMPHIS CITY SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

Before the Court is the June 13, 2012 motion for admission *pro hac vice* of Mark A. Koupal, Jr ("Koupal"). (See ECF No. 15.) Koupal is a member in good standing of the bar of the State of Missouri, and is admitted to practice before the Supreme Court of Missouri, the United States District Court for the Eastern District of Missouri, and the United States District Court for the Western District of Missouri. Koupal has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Koupal is admitted to participate in this action as counsel for Venissa R. Saddler.

So ordered this 19th day of June, 2012.

s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR
UNITED STATES DISTRICT JUDGE